UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ZHI CHEN,                               )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )            Civil Action No. 08-0252 (PLF)
                                        )
DISTRICT OF COLUMBIA, *et al.*,         )
                                        )
            Defendants.                 )
_____)

ORDER

     For the reasons set forth in the Memorandum Opinion issued this same day, it is

hereby

     ORDERED that the motion to dismiss for insufficient service of process pursuant

to Rule 12(b)(5) of the Federal Rules of Civil Procedure by defendants the District of Columbia

and Chancham Spears [2] is GRANTED; and it is

     FURTHER ORDERED that plaintiff's claims against the District of Columbia

and Chancham Spears are DISMISSED without prejudice.

     SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge


DATE: March 25, 2009